IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL AVILA MENDOZA<br>AKA JUAN MANUEL MENDOZA | NO. 3: 25-MJ-83-BK |

## MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING

The United States moves for pre-trial detention of defendant, Manuel Avila Mendoza, pursuant to 8 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

　　　\_\_\_\_   Crime of violence (18 U.S.C. §3156);

　　　\_\_\_\_   Maximum sentence life imprisonment or death

　　　\_\_\_\_   10 + year drug offense

　　　\_\_\_\_   Felony, with two prior convictions in above categories

　　 _X_    Serious risk defendant will flee

　　　\_\_\_\_    Serious risk obstruction of justice

　　　\_\_\_\_   Felony involving a minor victim

　　　\_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

　　　\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__  Defendant's appearance as required

   __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____  Previous conviction for "eligible" offense committed while on pretrial bond

**Motion for Detention - Page 2**

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    <u>    </u> At first appearance

    <u> X </u> After continuance of <u> 3 </u> days (not more than 3).

DATED this <u> 31st </u> day of January, 2025.

        Respectfully submitted,

        CHAD E. MEACHAM
        ACTING UNITED STATES ATTORNEY

        /s/ Shelby Davitt
        SHELBY DAVITT
        Special Assistant United States Attorney
        California State Bar No. 298870
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone:     214-679-8819
        Facsimile:      214-659-8812
        E-Mail: Shelby.davitt@usdoj.gov