AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| **Manuel Avila Mendoza** | ) Case No.  3:25-MJ-83-BK |
| **AKA Juan Manuel Mendoza** | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Manuel Avila Mendoza**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1326 (a) and (b)(1)    Illegal reentry

Date:  01/31/2025 2:25 pm

*Issuing officer's signature*

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

City and state:   Dallas, Texas

### Return

This warrant was received on *(date)* 02/03/2025 , and the person was arrested on *(date)* 02/03/2025
at *(city and state)* Dallas, TX .

Date: 02/03/2025

*Arresting officer's signature*

B. Mitchell D.O.
*Printed name and title*


ICE