
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 FEB 19 PM 3:17

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL AVILA MENDOZA<br>   A.K.A. JUAN MANUEL MENDOZA | CASE NO.<br><br>3-25CR-064-E |

## INDICTMENT

The Grand Jury charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about August 30, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Manuel Avila Mendoza**, an alien, was found in the United States after having been deported and removed therefrom on or about June 12, 2015 without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a), the penalty for which is found at 8 U.S.C. § 1326(b)(1).

Indictment—Page 1

A TRUE BILL:

*Suzanne Chatham*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*Shelby Davitt*
SHELBY DAVITT
Special Assistant United States Attorney
California State Bar No. 298870
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8812
E-Mail: shelby.davitt@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MANUEL AVILA MENDOZA

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

_____  *Suzanne Chatham*
DALLAS                                              FOREPERSON

Filed in open court this 19th day of February, 2025.

**Defendant in Federal Custody since 2/3/2025**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-00083-BK